No. 72–6369.  Cosco v. Meacham et al.  Sup. Ct. Wyo.  Certiorari denied.

No. 72–6371.  Padilla v. California et al.  C. A. 9th Cir.  Certiorari denied.

No. 72–6380.  Mock v. Rose, Warden.  C. A. 6th Cir. Certiorari denied.

No. 72–6381.  Jones v. New York.  App. Div., Sup. Ct. N. Y., 4th Jud. Dept.  Certiorari denied.

No. 72–6382.  Neal v. Howard Johnson, Inc., et al. Ct. App. Ga.  Certiorari denied.

No. 72–6383.  Stahl v. Henderson, Warden.  C. A. 5th Cir.  Certiorari denied.

No. 72–6387.  Woolsey v. Estelle, Corrections Director.  C. A. 5th Cir.  Certiorari denied.

No. 72–6397.  Oller v. Craven, Warden.  C. A. 9th Cir.  Certiorari denied.

No. 72–6399.  Ellison v. Estelle, Corrections Director.  C. A. 5th Cir.  Certiorari denied.

No. 72–6403.  Aldabe v. Aldabe et al.  Ct. App. Cal., 3d App. Dist.  Certiorari denied.

No. 72–6409.  Hawkins v. Hawkins.  Sup. Ct. N. C. Certiorari denied.

No. 72–6416.  Muery v. Muery.  Sup. Ct. Ala.  Certiorari denied.

No. 72–6423.  Mendes v. Brotherhood of Railway & Airline Clerks, Freight Handlers, Express & Station Employees, AFL–CIO–CLC, et al.  C. A. 2d Cir. Certiorari denied.